# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00103-JLK )
)
In re: )
)
JOHN CHRISTIAN GAZZO, )
)
    Debtor. )
)
_____ )
)
JOHN CHRISTIAN GAZZO, )
)
    Appellee, )
)
v. )
)
ELLEN BECKHAM RUFF, )
f/k/a Ellen Beckham Gazzo, )
GLENN W. MERRICK, )
)
    Appellant. )

## ORDER APPROVING
## STIPULATION FOR DISMISSAL

    THIS MATTER is before the Court on the Stipulation for Dismissal (the "Stipulation") filed by Appellee John Christian Gazzo and Appellants Ellen Beckham Ruff, f/k/a Ellen Beckham Gazzo, and Glenn W. Merrick. The Court has reviewed the Stipulation and the file in this matter and is otherwise advised. It is hereby

    ORDERED that the Stipulation is APPROVED;

    IT IS FURTHER ORDERED that the above-captioned appeal is DISMISSED.

Dated: July 25, 2014.

BY THE COURT:

_John L. Kane_
Hon. United States District Court Judge